| | | |
|---|---|---|
| **CLARK MADISON KENT,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CV-259 |
| | ) | No. 3:05-CV-307 |
| **KNOX COUNTY, TENNESSEE, et al.,** | ) | No. 3:07-CV-209 |
| Defendants. | ) | Phillips/Shirley |

## ORDER OF DISMISSAL

On August 27, 2008, the court entered an order allowing David Wigler's motion to withdraw as counsel for plaintiffs [Doc. 93]. Plaintiffs were directed to obtain new counsel within thirty days or to notify the court that they would be proceeding *pro* se. As of the date of this order, plaintiffs have not responded to the court's order. Accordingly, as plaintiffs have shown no desire to prosecute this action, it is hereby **DISMISSED**.

The clerk is directed to provide a copy of this order to counsel for all parties of record and to plaintiffs individually.

**IT IS SO ORDERED.**

ENTER:

      s/ Thomas W. Phillips
United States District Judge